FILED
CLERK, U.S. DISTRICT COURT

JAN 22 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAYLIN UNDERWOOD,<br><br>      Petitioner,<br><br>     v.<br><br>CARLOS GARCIA, Warden,<br><br>      Respondent. | Case No. CV 08-06205 JFW (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R"), *de novo*. IT IS ORDERED that:

1.    The R&R is approved and adopted.

2.    Respondent's Motion to Dismiss the Petition is granted.

3.    Judgment shall be entered dismissing the Petition with prejudice.

4.    Any and all other pending motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: January 21, 2009

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE