FILED
CLERK, U.S. DISTRICT COURT
JAN 22 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTER
JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JAYLIN UNDERWOOD,<br>   Petitioner,<br>  v.<br>CARLOS GARCIA, Warden,<br>   Respondent. | Case No. CV 08-06205 JFW (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action be dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: January 21, 2009

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 22 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY